K. DOUGLAS ATKINSON, ESQ. (#264790)
ATKINSON & ASSOCIATES
710 Central Avenue
San Francisco, CA 94117
Tel.: 415-793-7819
Fax: 415-440-7819

Attorneys for Plaintiff
NANCY REYNOLDS

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION
erroneously sued as Target

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY REYNOLDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>TARGET and Does 1-25, inclusive<br><br>    Defendants. | Case No.:   C13-2141 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:      March 27, 2013<br>**[Contra Costa County Superior Court Case # C13-00746]** |

    Plaintiff NANCY REYNOLDS and Defendant TARGET CORPORATION, through their respective counsel, hereby stipulated pursuant to Civil Local Rule 7-12 as follows:

    WHEREAS on August 9, 2013, the Court referred this matter to Mediation to be conducted by December 6, 2013 and scheduled a Further Case Management Conference for January 17, 2014.

-1-

STIPULATION AND ORDER TO CONTINUE FURTHER CMC– USDC Case No.:   C13-2141 MMC

WHEREAS the parties now require additional time to complete ADR prior to the upcoming Case Management Conference due to Plaintiff's recent surgery and to update the Court accordingly;

WHEREAS in the interest of judicial economy, the parties jointly request the Court to continue the Case Management Conference to a later date; and to Order the Joint Case Management Statement to be filed no later than seven (7) days before the further Case Management Conference;

**THEREFORE, the parties stipulate as follows:**

1. The further Case Management Conference set for January 17, 2014 shall be vacated and continued to a date convenient to the court's calendar mid March 2014; and

2. An updated joint Case Management Conference Statement shall be submitted 7 days prior to the further Case Management Conference.

DATED: 10/10/13                                     ATKINSON & ASSOCIATES

By: _____/s/ K. Douglas Atkinson_____
K. DOUGLAS ATKINSON, ESQ.
Attorneys for Plaintiff
NANCY REYNOLDS

DATED:  10/2/13                              BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____/s/ Gail Trabish_____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

STIPULATION AND ORDER TO CONTINUE FURTHER CMC– USDC Case No.:   C13-2141 MMC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

THE CASE MANAGEMENT CONFERENCE NOW SET FOR JANUARY 17, 2014, SHALL BE VACATED AND A NEW DATE SHALL BE SET FOR MARCH 14, 2014 AT 10:30 A.M.

DATED:   October 16, 2013

By: _____
MAXINE M. CHESNEY
United States District Judge

27215\629644