UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BRENDA REYNOLDS,

    Plaintiff,

v.

TARGET CORPORATION, et al.,

    Defendants.

No. C 13-2141 MC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    February 27, 2014
Mediator:  Daniel Bowling

    IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's insurer representative, Mary Shaw, from appearing in person at the February 27, 2014, mediation before Daniel Bowling is GRANTED. Ms. Shaw shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

December 20, 2013    By: _____

Dated                                 Maria-Elena James
                                         United States Magistrate Judge