IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY REYNOLDS,                                           No. C 13-2141 MMC

        Plaintiff,                                              **ORDER OF DISMISSAL**

  v.

TARGET,

        Defendant.

_____/

      The parties having advised the Court that they have agreed to a settlement of the above-titled action,

      IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

      **IT IS SO ORDERED.**

Dated: March 11, 2014

MAXINE M. CHESNEY
United States District Judge