IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY REYNOLDS,<br><br>        Plaintiff,<br><br>  v.<br><br>TARGET,<br><br>        Defendant.<br>_____/ | No. C 13-2141 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

On March 11, 2014, the Court ordered plaintiff's claims dismissed without prejudice, in anticipation of the parties' completing their settlement within 90 days. On June 4, 2014, defendant filed an "Application Requesting the Case Be Restored to Calendar for Further Proceedings," in which it explains that, although "a majority of the settlement proceeds were paid [by defendant] upon execution of the Release," $11,702.92 has been withheld "to allow plaintiff's attorney time to negotiate the final Medi-Cal lien amount." (See Application at 1.) Defendant states plaintiff's attorney has requested "additional time" to complete such negotiation (see id. at 2), and requests the Court either enter a deadline for plaintiff to complete its negotiation with Medi-Cal, or enter an order allowing defendant to pay the above-referenced balance directly to the Department of Healthcare Services.

In light of defendant's filing, the parties are hereby DIRECTED to attend a status conference on July 11, 2014 at 10:30 a.m., for purposes of (1) the parties' apprising the

Court as to the status of their settlement and (2) whatever further action the Court deems appropriate in light thereof. A joint status conference statement shall be filed no later than July 3, 2014.

**IT IS SO ORDERED.**

Dated: June 17, 2014

MAXINE M. CHESNEY
United States District Judge