K. DOUGLAS ATKINSON, ESQ.
ATKINSON & ASSOCIATES
710 Central Ave.
San Francisco, CA 94117
Telephone: 415-793-7819
Facsimile: 415-440-7819

Attorneys for Plaintiff NANCY REYNOLDS

GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION
erroneously sued as Target

**IT IS SO ORDERED**
*Judge Maxine M. Chesney*

\* In light of the parties' stipulation, the Status Conference currently set for July 11, 2014 is hereby VACATED.

Dated: June 19, 2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY REYNOLDS,<br><br>  Plaintiffs,<br><br>vs.<br><br>TARGET and Does 1-25, inclusive<br><br>  Defendants. | Case No.:   C13-2141   MMC<br><br>**STIPULATION FOR DISMISSAL**<br><br>Complaint Filed:  May 2, 2012<br><br>**[San Mateo County Superior Court Case # Civ513535]** |

IT IS HEREBY STIPULATED by and between Plaintiff NANCY REYNOLDS, by and through her attorney of record, K. Douglas Atkinson, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will

-1-
STIPULATION FOR DISMISSAL – US District Court Case No. C13-2141   MMC

1 | dismiss, with prejudice, Defendant TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1),
2 | with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: June 18, 2014

                ATKINSON & ASSOCIATES


                By: ____/s/_____
                    K. DOUGLAS ATKINSON, ESQ.
                    Attorneys for Plaintiff
                    NANCY REYNOLDS


DATED:   June 17, 2014

                BOORNAZIAN, JENSEN & GARTHE
                A Professional Corporation


                By: ____/s/_____
                    GAIL C. TRABISH, ESQ.
                    Attorneys for Defendant
                    TARGET CORPORATION

27215\662102